United States District Court
Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    MARILYN D. MINTZ,                          Case No.  16-cv-03384-MMC

               Plaintiff,

9

               v.                               ORDER RE: STIPULATION TO
10                                              TRANSFER AND TO EXTEND TIME

11   SUBARU OF AMERICA, INC.,                   Re: Dkt. No. 14

               Defendant.
12

13

14

15          Before the Court is the parties' Stipulation to transfer the above-titled trademark

16   and copyright case to the San Jose Division, which transfer, the parties state without

17   elaboration, is "in the furtherance of the convenience of the parties and witnesses and in

18   the interests of justice."  (See Stip. at 2:2-3.)

19          Trademark and copyright cases, along with several other specified categories, are

20   assigned on a district-wide basis, for the purpose, inter alia, of alleviating an otherwise

21   unequal distribution of those actions.  See General Order No. 44.D.3.  Although there

22   may be circumstances under which a transfer may be warranted despite the

23   considerations underlying General Order No. 44, in this instance, such a showing has not

24   been made.

25          Accordingly, the parties' stipulation to transfer is hereby DENIED.

26          To the extent the Stipulation also includes a joint request that defendant be

27   provided an extension of time to respond to the complaint, specifically, an extension of

28   ten days from the date of the order addressing the Stipulation, said joint request is hereby

GRANTED, and defendant shall have ten days from the date of this order to respond to the complaint.

**IT IS SO ORDERED.**

Dated:  July 19, 2016

MAXINE M. CHESNEY
United States District Judge