IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN D. MINTZ,<br><br>    Plaintiff,<br><br>  v.<br><br>SUBARU OF AMERICA, INC.,<br><br>    Defendant. | Case No. 16-cv-03384-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING AS MOOT STIPULATED REQUEST FOR TELEPHONIC APPEARANCE; EXTENDING DEADLINE FOR INITIAL DISCLOSURES** |

In light of the pending motion to dismiss, the Case Management Conference currently scheduled for September 26, 2016, is hereby CONTINUED to December 2, 2016, at 10:30 a.m.; an updated Joint Case Management Statement shall be filed no later than November 23, 2016.

Given the above revised schedule, the parties' Stipulated Request for Telephonic Appearance is hereby DENIED as moot.

Lastly, the Court having considered the parties' dispute as to the timing of initial disclosures (see Joint Case Management Statement, filed September 16, 2016), the previously set deadline is hereby EXTENDED; said disclosures shall be provided no later than 14 days after the Court issues its ruling on defendant's motion to dismiss.

**IT IS SO ORDERED.**

Dated: September 20, 2016

MAXINE M. CHESNEY
United States District Judge