IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARILYN D. MINTZ,

        Plaintiff,

  v.

SUBARU OF AMERICA, INC.,

        Defendant.
                                       /

No. CV-16-3384 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    Subaru's motion to dismiss is hereby GRANTED, and the Amended Complaint is hereby DISMISSED, without further leave to amend.

Dated: October 11, 2016                                                            Susan Y. Soong, Clerk

                                                                                                        By: <u>Tracy Lucero</u>
                                                                                                        <u>Deputy Clerk</u>